# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| BRIANNE SHAHAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RICHMOND MONROE GROUP, INC., )<br>)<br>Defendant. ) | No. 06-3434-CV-S-DW |

## ORDER

Before the Court is the parties' Stipulation for Dismissal with Prejudice (Doc. 5). Pursuant to Federal Rule of Civil Procedure 41(a), the Court DISMISSES the above-styled action *with prejudice*. The fees and costs associated with this action shall be borne by the parties individually. The Clerk of the Court is directed to mark this action as closed.

Date: June 7, 2007

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge